# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Lawrence M. Pearson**
lpearson@wigdorlaw.com

January 26, 2022

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14D
New York, NY 10007

      Re:    <u>Propis v. Crow, *et al*.; Case No. 21-cv-00588 (AKH)</u>

Dear Judge Hellerstein:

We represent Plaintiff David Propis ("Plaintiff") and write jointly with Defendants to update the Court.  The parties engaged in a private mediation session on December 10, 2021, which was successful.  The terms of the settlement have been finalized and the agreements have been executed.  The parties will file a Stipulation of Dismissal upon the receipt of the settlement payments.

We thank Your Honor for the Court's time and consideration in this matter.

Respectfully submitted,

Lawrence M. Pearson

cc:    All Counsel of Record (*via* ECF)