UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                         :

DAVID PROPIS,

                             Plaintiff,           **ORDER**

      v.                                         21 Civ. 588 (AKH)

MICHAEL CROW, in his individual and
professional capacities, DUNROSS CAPITAL
INC., and TRINET GROUP, INC.,

                          Defendants.
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

       SO ORDERED.

Dated:     January 26, 2022                      /s/ Alvin K. Hellerstein
             New York, New York              ALVIN K. HELLERSTEIN
                                                      United States District Judge